IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEALORD HOLDINGS, INC., SEALORD LLC, and FIRST SEALORD SURETY, INC., | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : : | |
| JOSEPH RADLER, | : : | NO. 11-6125 |
| Defendant. | : : | |

**<u>O R D E R</u>**

      **AND NOW**, this 6th day of March, 2012, upon consideration of Defendant, Joseph Radler's ("Radler"), Motion to Dismiss the Complaint of Plaintiffs, Sealord Holdings, Inc., Sealord LLC, and First Sealord Surety, Inc.'s (collectively, "Sealord") (Doc. No. 20), Sealord's Response thereto, and Radler's Reply, it is hereby **ORDERED** that the Motion is **GRANTED.** It is further **ORDERED** that Sealord is granted ten (10) days from the date of this Order to amend its Complaint in accordance with this Court's Memorandum Opinion.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE